IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| MONIQUA ASHIANAE SMILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | |
| ) | (Removed from the Law Court |
| HSNi, LLC, ) | for Sullivan County |
| ) | at Blountville, Tennessee, |
| ) | Civil Action No. C3869(m)) |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332 and 1441 *et seq.*, Defendant HSNi, LLC ("HSNi") hereby provides notice of removal of this action from the Law Court for Sullivan County at Blountville, Tennessee. In support of removal, HSN states the following:

1. On September 1, 2023, an action was commenced in the Law Court for Sullivan County at Blountville, Tennessee, styled *Moniqua Ashianae Smiley v. HSNi, LLC*, Civil Action No.: C3869(m).

2. HSNi received notice of the action via service of the Complaint via Certified Mail on September 12, 2023. Pursuant to 28 U.S.C. § 1446(a), copies of process, pleadings, and orders served upon HSNi in this action are attached hereto as <u>Exhibit A</u>.

3. HSNi is filing this Notice of Removal within thirty (30) days of receipt of the Summons and Complaint. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

4. This action is removed on the basis of diversity of citizenship pursuant to 28 U.S.C. §§ 1332 and 1441(b). Plaintiff is a citizen and resident of Johnson City, Washington County,

Tennessee. (Compl. at ¶ 2). Defendant HSNi is a citizen of Florida, and its principle place of business is located at 1 HSN Drive St Petersburg, FL 33729.

5. Based on a fair reading of the Complaint, the amount in controversy exceeds $75,000, exclusive of interest and costs, in that Plaintiff seeks pecuniary compensatory damages in the amount of $250,000.00, non-pecuniary damages in the amount of $100,000.00, and punitive damages of $250,000.00. (Compl. at ad damnum clause ¶¶ 3-5). 28 U.S.C. § 1446(c) permits this Court to deem the sum demanded by Plaintiff in her Complaint as the amount in controversy. Moreover, "when determining the jurisdictional amount in controversy in diversity cases, punitive damages must be considered… unless it is apparent to a legal certainty that such cannot be recovered." *Hayes v. Equitable Energy Res. Co.*, 266 F.3d 560, 572 (6th Cir. 2001); s*ee also Lewis v. Exxon Mobil Corp.*, 348 F. Supp. 2d 932, 934 (W.D. Tenn. 2004) (concluding defendant had met its removal burden where plaintiffs' complaint sought open-ended relief for "all incidental, consequential, compensatory, and punitive damages").

6. This action is one that may be removed to this Court pursuant to 28 U.S.C. § 1441(a) because the amount in controversy is one in which the district courts have original jurisdiction. Thus, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441(a).

7. Pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal are being served on Plaintiff and upon the Clerk of the Law Court for Sullivan County at Blountville, Tennessee. A copy is attached hereto as Exhibit B.

8. Venue is proper pursuant to 28 U.S.C. § 1441(a) in the United States District Court for the Eastern District, Greeneville Division, which embraces Sullivan County, Tennessee, the place where the state court action was pending.

By filing this Notice of Removal, HSNi does not waive, either expressly or impliedly, its respective rights to assert any defense it could have asserted in the Law Court for Sullivan County at Blountville, Tennessee, to the United States District Court for the Eastern District of Tennessee. HSNi reserves the right to amend or supplement this Notice of Removal.

Respectfully submitted,

*s/Mark E. Stamelos*
Mark E. Stamelos (TN 021021)
Meredith A. Box (TN 039019)
FORDHARRISON LLP
150 Third Ave South, Suite 2010
Nashville, Tennessee 37201
Telephone: (615) 574-6700
Facsimile: (615) 574-6701
mstamelos@fordharrison.com
mbox@fordharrison.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal has been filed via the Court's CM/ECF system and sent via U.S. Mail to the below on this the 11th day of October, 2023:

Gregory K. Haden
Michael L. Forrester
Hunter, Smith & Davis, LLP
1212 North Eastman Road
P.O. Box 3740
Kingsport, TN 37664-0740
Phone: 423-378-8830
Fax: 423-378-8801
ghaden@hsdlaw.com
mforrester@hsdlaw.com

*Counsel for Plaintiff*

                                              *s/ Mark E. Stamelos*
                                              Mark E. Stamelos

4

Case 2:23-cv-00135-TRM-CRW   Document 1   Filed 10/11/23   Page 4 of 4   PageID #: 4